IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| OVILIO GONZALEZ SALCEDO | ) | Case No. 26-13505 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Nancy A. Peterman |

NOTICE OF MOTION

TO: Office of Marilyn O. Marshall
Chapter 13 Trustee
***via ECF clerk's electronic delivery system***

PLEASE TAKE NOTICE that on **September 15, 2026 at 9:30 a.m.,** the undersigned shall appear before the Honorable Judge Nancy A. Peterman or any Judge sitting in her stead, either in Courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 or electronically as described below and present the Motion to Extend Time to File Remaining Schedules, Plan and other documents, a copy of which is attached hereto.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 736 1962** and passcode 673499. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: *__/s/ David H. Cutler__*
David H. Cutler, Esq.
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on August 28, 2026 before the hour of 6:00 p.m.

*/s/ David H. Cutler*

David H. Cutler, Esq

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**IN RE:**

| | | |
|---|---|---|
| | ) | |
| **OVILIO GONZALEZ SALCEDO** | ) | **Case No. 26-13505** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge Nancy A. Peterman** |

**<u>MOTION TO EXTEND TIME TO FILE DEBTOR'S REMAINING SCHEDULES, PLAN AND OTHER DOCUMENTS</u>**

NOW COMES the Debtor, Ovilio Gonzalez Salcedo, by and through his attorneys, Cutler & Associates, Ltd., and move this Court to grant him until September 18, 2026 to file his remaining Schedules, plan and other documents. In support of this Motion, the Debtor respectfully state and allege as follows:

1. The Debtor filed his petition for relief under Chapter 13 of the United States Bankruptcy Code on August 15, 2026.

2. The Debtor's remaining schedules, plan and other documents would, in absence of this motion be due on August 28, 2026.

3. The Debtor needs additional time to review the remaining schedules, plan and other documents with his attorney before they can be filed.

4. The Debtor, therefore, requests that he be granted until September 18, 2026 to file his remaining Schedules, plan and other documents.

WHEREFORE, the Debtor, Ovilio Gonzalez-Salcedo pray for the following relief:

A. That the Debtor be granted until September 18, 2026 to file his remaining schedules, plan and other documents; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated: August 28, 2026

By: /s/ David H. Cutler
One of the attorneys for the Debtor

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600